THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRINCESA CANDELITA EL MITCHKEBE KEBECHET EL, | : CASE NO. 3:19-CV-02223 :  : (JUDGE MARIANI) |
| Plaintiff, | : (Chief Magistrate Judge Schwab) : |
| v. | : : |
| JAMES DIMON, et al., | : : |
| Defendants. | : |

FILED
SCRANTON
JUN 2 5 2020
PER _____
DEPUTY CLERK

### ORDER

AND NOW, THIS 25th DAY OF JUNE 2020, upon review of Chief Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 11) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 11) is **ADOPTED** for the reasons set forth therein;

2. The above-captioned matter is **DISMISSED WITHOUT PREJUDICE**.

_____
Robert D. Mariani
United States District Judge